UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRICIA P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-cv-00210-JAW |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on July 28, 2022, her Recommended Decision (ECF No. 17). The Plaintiff filed a motion to amend the Recommended Decision on August 2, 2022 (ECF No. 18), the Government filed its response in opposition on August 12, 2022 (ECF No. 20), and then the Plaintiff filed a reply on August 19, 2022 (ECF No. 21). On August 23, 2022, the Magistrate Judge granted the Plaintiff's motion to amend (ECF No. 22). Then, on September 2, 2022, the Government filed its objection to the Recommended Decision (ECF No. 23), and on September 16, 2022, the Plaintiff filed her response to the objection (ECF No. 24).

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, as amended, and determines the

Commissioner's decision should be vacated and the matter remanded for further proceedings consistent with this decision and the Recommended Decision, including limiting review on remand to the period from May 2, 2018, to November 3, 2020.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 17) be and hereby is <u>AFFIRMED</u> as amended by ECF No. 22.

2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>VACATED</u> and the matter <u>REMANDED</u> for further proceedings.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2022